# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **STACY F. BROWN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 2:08-CV-2019-VEH |
| | ) |
| **EXPERIAN INFORMATION** | ) |
| **SOLUTIONS, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER OF DISMISSAL AND FINAL JUDGMENT ORDER

Pending before the court is Plaintiff's Motion to Voluntary Dismiss Claims Against Experian Information Solutions, Inc. (the "Motion") (Doc. 24) filed on August 19, 2009, due to the parties' resolution of their differences. (Doc. 24 ¶ 1). Consistent with this Motion, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that all of Plaintiff's claims against Experian Information Solutions, Inc. (only) are **DISMISSED WITH PREJUDICE**, costs taxed as paid.

Further, as the only other defendant in this case, Trans Union, LLC, was previously dismissed (Doc. 23) on July 14, 2009, no claims remain pending in this lawsuit, and accordingly, the entire case is **HEREBY DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this the 20th day of August, 2009.

/s/ VEHopkins
**VIRGINIA EMERSON HOPKINS**
United States District Judge